80 A.3d 742

STATE OF NEW JERSEY, PLAINTIFF–CROSS–RESPONDENT,
v. DAVID T. POMIANEK, JR., DEFENDANT–CROSS–
PETITIONER.

October 25, 2013.

ORDERED that the cross-petition for certification is granted
limited to the following issues: 1) whether *N.J.S.A.* 2C:16–1(a)(3)
chills expression and/or violates due process; 2) whether the
Appellate Division impermissibly applied the canon of constitution-
al avoidance to save *N.J.S.A.* 2C:16–1(a)(3) from invalidation; 3)
assuming the Appellate Division was correct in interpreting
*N.J.S.A.* 2C:16–1(a)(3) to require a showing of intent on the part of
the actor, whether defendant is entitled as a matter of law to a
dismissal of the bias charges on account of double jeopardy; and
4) whether a laugh can constitute a "benefit" within the meaning
of *N.J.S.A.* 2C:20–2(a).